IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHERRI WILKERSON
    Plaintiff,

v.                                                                              Civil Action No. 3:20-cv-917

TOWN OF COLONIAL BEACH,
    Defendant.

## ORDER

This matter comes before the Court on its own initiative. On July 26, 2021, the parties attended settlement discussions before United States Magistrate Judge Mark R. Colombell and reached a full settlement agreement. The Court, therefore, CONTINUES GENERALLY the trial set to begin on August 5, 2021. The Court awaits the appropriate dismissal papers from the parties.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 27 July 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge