IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHERRI WILKERSON,
        Plaintiff,

v.                                                          Civil Action No. 3:20-cv-917

TOWN OF COLONIAL BEACH,
        Defendant.

## FINAL ORDER

On August 9, 2021, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 44.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                                   /s/
                                          John A. Gibney, Jr.
Date: <u>10 August 2021</u>              United States District Judge
Richmond, VA